UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LEON D. FUSSELL,<br>Petitioner | CIVIL ACTION NO. 1:20-CV-0997-P |
| VERSUS | JUDGE DRELL |
| DARREL VANNOY,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 5), and after a *de novo* review of the record including the Objection filed by Petitioner (ECF No. 6), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1) is hereby DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 9th day of November, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE